24 So.2d 922

**Willie HALEY, alias Ned Brooks v. STATE.**

6 Div. 231.

Court of Appeals of Alabama.
Feb. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

24 So.2d 922

**Buford HAMM v. STATE.**

6 Div. 240.

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

24 So.2d 922

**Buford HAMM v. STATE.**

6 Div. 245.

Court of Appeals of Alabama.
Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 884

**Booker T. HARRIS v. STATE.**

4 Div. 913.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

24 So.2d 922

**Reedy HARTLEY v. STATE.**

7 Div. 857.

Court of Appeals of Alabama.
Dec. 18, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

23 So.2d 144

**Cecil Burnice (alias Cecil B., alias Cecil) HAYES v. STATE.**

1 Div. 514.

Court of Appeals of Alabama.
June 5, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.